# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

      CHARISE  R. MCGILL                              Bankruptcy No. 21-11012-MDC

      114 MERION AVE.

      ALDAN, PA 19018

          Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHARISE  R. MCGILL

    114 MERION AVE.

    ALDAN, PA 19018

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL T. MALARICK
    MICHAEL T. MALARICK ESQ PC
    2211 CHICHESTER AVE  STE 201-B
    BOOTHWYN, PA 19061-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/10/2021                                                                        /s/ William C. Miller

                                           _____
                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee