**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-11012-MDC

CHARISE R. MCGILL

114 MERION AVE.

ALDAN, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARISE R. MCGILL

114 MERION AVE.

ALDAN, PA 19018

Counsel for debtor(s), by electronic notice only.

MICHAEL T. MALARICK
MICHAEL T. MALARICK ESQ PC
2211 CHICHESTER AVE   STE 201-B
BOOTHWYN, PA 19061-

Date: 9/27/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee