# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 21-11012-MDC

CHARISE  R. MCGILL

114 MERION AVE.

ALDAN, PA 19018

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARISE  R. MCGILL

114 MERION AVE.

ALDAN, PA 19018

Counsel for debtor(s), by electronic notice only.

MICHAEL T. MALARICK
MICHAEL T. MALARICK ESQ PC
2211 CHICHESTER AVE   STE 201-B
BOOTHWYN, PA 19061-

/S/ Kenneth E. West

Date: 11/19/2021

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee