# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Charise R. McGill                                   Case No.  21-11012
                      Debtor(s)                            Chapter   13

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of **Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Mr. Cooper
Elizabeth.Parrott@mccalla.com

PA Dept. of Revenue
tawashingt@pa.gov

KennethE. West
served via ECF Notification

United States Trustee
served via ECF Notification

/s/ Michael T. Malarick, Esq
Michael T. Malarick, Esq
Michael T. Malarick, Esq. PC
2211 Chichester Avenue
Boothwyn, PA 19061
610-715-9960 Fax:610-561-5967
michael@malaricklaw.com