**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Charise R. McGill, | : | |
| Debtor. | : | Bankruptcy No. 21-11012 -MDC |

# O R D E R

**AND NOW**, this 29th day of July 2022, it is hereby **ORDERED** that:

1. The Chapter 13 Standing Trustee's Motion for Dismissal scheduled for July 28, 2022, has been rescheduled to **August 25, 2022, at 11:00 a.m.**, **in Bankruptcy Courtroom No. 2, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.   **PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE -- 877-336-1828 Access Code 7855846**.

2. Debtor's counsel, Michael T. Malarick, **SHALL APPEAR** at the hearing.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107