# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Charise R. McGill, Debtor(s)

Case No. 21-11012
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **August 24, 2022**, a copy of Amended Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Mr. Cooper
Elizabeth.Parrott@mccalla.com

PA Dept. of Revenue
tawaswhingt@pa.gov

Kenneth E. West
served via ECF Notification

United States Trustee
served via ECF Notification

/s/ Michael T. Malarick, Esq
Michael T. Malarick, Esq
Michael T. Malarick, Esq. PC
2211 Chichester Avenue
Boothwyn, PA 19061
610-715-9960 Fax: 610-561-5967
michael@malaricklaw.com