# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Charise R. McGill, Debtor(s)

Case No. 21-11012
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **August 25, 2022**, a copy of **Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Mr. Cooper
Elizabeth.Parrott@mccalla.com

PA Dept. of Revenue
tawashingt@pa.gov

Kenneth E. West
served via ECF Notification

United States Trustee
served via ECF Notification

US Dept. of Ed.
121 S. 13th St., Ste. 201
Lincoln, NE 68508

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408


/s/ Michael T. Malarick, Esq
Michael T. Malarick, Esq
Michael T. Malarick, Esq. PC
2211 Chichester Avenue
Boothwyn, PA 19061
610-715-9960 Fax:610-561-5967
michael@malaricklaw.com