UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charisse R. McGill

CASE NO.: 21-11012

CHAPTER: 13

## CERTIFICATION OF NO RESPONSE

### REGARDING APPLICATION FOR COMPENSATION

### DOCUMENT NO: 47

The undersigned hereby certifies that, as of November 29, 2022, Michael T. Malarick, Esquire has received no answer, objection or other responsive pleading to document No: 47 filed on March 8, 2022. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the APPLICATION FOR COMPENSATION appears thereon.

It is hereby respectfully requested that the Order attached to the APPLICATION FOR

COMPENSATION be entered at the earliest convenience of the Court.

Dated: November 29, 2022

Law Firm: MICHAEL T.
MALARICK, ESQUIRE

Counsel to Debtor

By: Michael T. Malarick, Esquire