UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Charisse R. McGill                      Chapter 13

            Debtor(s)                      Bky. No. 21-11012

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s), counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. Sec. 507, 11 U.S.C Sec. 503 (b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in Para.2 less $2,000.00 which was paid by the Debtor(s) prepetition. to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan,

Date: _____

                                              Magdeline D. Coleman
                                              Chief Judge