# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 21-11012-MDC

      CHARISE  R. MCGILL

      114 MERION AVE.

      ALDAN, PA 19018

          Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      CHARISE  R. MCGILL

      114 MERION AVE.

      ALDAN, PA 19018

Counsel for debtor(s), by electronic notice only.

      MICHAEL T. MALARICK
      MICHAEL T. MALARICK ESQ PC
      2211 CHICHESTER AVE   STE 201-B
      BOOTHWYN, PA 19061-

                      /S/ Kenneth E. West

Date: 10/12/2023

                      _____
                      Kenneth E. West, Esquire
                      Chapter 13 Standing Trustee